

EXHIBIT 1

EXHIBIT 1

Exhibit 1



Exhibit 1

Exhibit 1



Exhibit 1

Exhibit 1



Exhibit 1





Exhibit 1

Exhibit 1