

CITY OF DETROIT
LAW DEPARTMENT

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 500
DETROIT, MICHIGAN 48226-3535
PHONE 313•224•4550
FAX 313•224•5505
WWW.DETROITMI.GOV

May 20, 2016

Christopher S. Olson
Olson, PLLC
32121 Woodward Avenue, Suite 300
Royal Oak, Michigan 48220

RE: **Freedom of Information Act Request A16-02718 Dated May 13, 2016 Concerning City of Detroit Police Department Records Pertaining to January 18, 2016 Incident at 18488 Sussex**

Dear Mr. Olson:

This letter serves as the City of Detroit's partial response to the above-referenced matter. Your letter was received at the City of Detroit Law Department Freedom of Information Section on May 16, 2016.

Your letter requests:

". . . copies of all information generated, sent or received, considered or ignored, compiled or contained in any file (paper or electronic, including without limitation emails, dash cam video or audio recordings, firearms discharge reports, evidence reports, etc.) that related in any way to the Detroit Police Department's January 18, 2016 shooting of three dogs . . . ."

Your request is granted in part and denied in part pursuant to MCL 15.243(1)(a), for the reason that individuals' home addresses, dates of birth and pension numbers are exempt from disclosure. Furthermore, pursuant to MCL 15.243(1)(s)(i) and (ii) information identifying an informant and the names and badge numbers which would provide means of identifying the plain clothes officer as a law enforcement officer or agent are exempt from disclosure. Accordingly, such information has been redacted.

The record from the City of Detroit Police Department consists of twelve (12) pages, enclosed please find one copy of the same. The City usually charges $0.10 per page for records which are comprised of eleven pages or more. However, in this instance no copying costs have been assessed.

EXHIBIT 2



Christopher S. Olson
May 20, 2016
Page 2

Please be advised that, pursuant to Section 10 of the Michigan Freedom of Information Act, being MCL 15.240, a person receiving a written denial of a request may do one of the following:

1) Submit a written appeal to the head of the public body denying the request. Such appeal, if submitted, should specifically state the word "appeal" and identify the reason or reasons for reversal of the denial. MCL 15.240(1)(a); or

2) Commence an action in the circuit court to compel the disclosure of the public records within 180 days after the public body's denial of the request. MCL 15.240(1)(b). If a court finds that the information withheld by a public body is not exempt from disclosure, the requesting party may receive the requested record and, at the discretion of the court, reasonable attorney fees and /or costs. MCL 15.240(6) and (7).

For your information, please note that a public summary of City of Detroit FOIA procedures and guidelines is available on the City's website, www.detroitmi.gov, under "How Do I. . ." and "File".

Sincerely,

Monique Smith
Senior Assistant Corporation Counsel
Governmental Affairs Section
(313) 237-3012

MS/

Enclosure

Exhibit 2

# DETROIT POLICE DEPARTMENT ARREST REPORT

DETROIT POLICE DEPARTMENT

Case No. 1601140200
Report No. 1601140200.1
Report Date: 1/14/2016

Page 1 of 2

**Subject:** 08-MVS CODE 2979 EXECUTION OF SEARCH WARRANT

| Field | Value |
|---|---|
| Case Report Status | S - SUBMITTED |
| County | 82 - WAYNE |
| City/Township | 99 - DETROIT |
| Occurred On (and Between) | 1/14/2016 1:05:00 PM |
| Location | 18488 SUSSEX |
| CSZ | |
| Census/Geo Code | 0000 |
| Grid | NW2 - 0602 |
| Date Entered | 1/14/2016 2:43:02 PM |
| Disposition | ARREST |
| Tactical Actions | SW - SEARCH WARRANT |
| Reporting Agency | DETROIT POLICE DEPARTMENT |
| Division | NARCOTICS SECTION |

**Report Narrative**

NO FORCED USED

A-#1 NIKITA TRIANA SMITH B/F 38 [redacted] 5'1 135 OF [redacted] VCCSC MARIJUANA (U-31519216)

S- EXECUTION OF NARCOTIC SEARCH WARRANT MVS CODE 2979.

C- MEMEBERS OF MVS CODE 2979 MADE ABOVE LOCATION TO EXCEUTE NARCOTIC SEARCH WARRANT. ENTRY TEAM ANNOUNCED PRESENCE AND PURPOSE AND WITH NO RESPONSE FROM INSIDE FORCED ENTRY WAS MADE INTO THE LOCATION. P.O. MORRISON ENCOUNTERED A VICIOUS GRAY PITBULL AT THE FRONT DOOR AT WHICH TIME HE FIRED HIS DEPT ISSUED SHOTGUN STRIKING THE DOG. ENTRY TEAM ENTERED THE LOCATION AT WHICH TIME THE SAME PITBULL CHARGED AT P.O. [redacted], P.O. [redacted] FIRED 7 SHOTS FROM HIS DEPARTMENT ISSUED HANDGUN AT THE PITBULL, ALL SHOTS TOOK EFFECT AND DESTROYED THE ANIMAL. SIMULTANIOUSLY A VICIOUS BLACK DOG CHARGED AT P.O. [redacted] FROM THE BATHROOM. P.O. [redacted] FIRED 3 SHOTS FROM HIS DEPARTMENT ISSUED SHOTGUN, P.O. PAUL AND P.O. GAINES FIRED ONE SHOT FROM THIER DEPARTMENT ISSUED HANDGUNS, ALL SHOTS TOOK EFFECT AND DESTROYED THE ANIMAL. P.O. [redacted] ENCOUNTERED A VICIOUS WHITE PITBULL IN THE BASEMENT AND FIRED HIS DEPARTMENT APPROVED SHOTGUN 5 TIMES, ALL SHOTS TOOK EFFECT AND DESTROYED THE ANIMAL. AFTER THE HOUSE WAS DECLARED SAFE, CREW DETAINED NIKITA SMITH IN THE DINING ROOM. P.O. [redacted] RECOVERED THE BELOW LISTED MARIJUANA FROM THE KITCHEN STOVE TOP AND PLACED IN EVIDENCE. SGT [redacted] RECOVERED THE BELOW LISTED MARIJUANA FROM THE NE BEDROOM CLOSET. SGT [redacted] FORFIETED THE BELOW LISTED VEHICLE TO 2121 FORT STREET, TOWED BY V&F CONTROL #NW23053. MRS SMITH WAS ARRESTED AND CONVEYED TO DDC WITHOUT INCIDENT.

O - NOT ALL SHOTGUN AND PISTOL SPENT CASINGS WERE RECOVERED DUE TO BLOOD/BIO HAZARD.

T - 1 Z/L SWB CONT MARIJUANA, 1 K/W CONT MARIJUANA, 1 Z/L MARIJUANA. (SGT [redacted]), FROM NE BEDROOM CLOSET LSF#N024581111.
(5) LOTTO FOLDS CONT MARIJUANA, 3 KNOTTED SWB CONTAINING MARIJUANA. ([redacted]) FROM KITCHEN STOVE TOP, LSF#N02458211.
BLACK DIGITAL SCALE AND NUMEROUS EMTY SWB FROM KITCHEN COUNTER [redacted] ET#1601140200-3
1 12 GAUGE SPENT CASING ([redacted]) ET#1601140200-4
1 12 GAUGE SPENT CASING ([redacted]) ET#1601140200-5
1 12 GAUGE SPENT CASING ([redacted]) ET#1601140200-6
1 12 GAUGE SPENT CASING ([redacted]) ET#1601140200-7
1 12 GAUGE SPENT CASING ([redacted]) ET#1601140200-8
1 .40 CAL SPENT CASING ([redacted]) ET#1601140200-9
1 .40 CAL SPENT CASING ([redacted]) ET#1601140200-10
1 .40 CAL SPENT CASING ([redacted]) ET#1601140200-11
1 .40 CAL SPENT CASING ([redacted]) ET#1601140200-12
1 .40 CAL SPENT CASING ([redacted]) ET#1601140200-13
1 MICHIGAN DISPURSMENT LETTER BEARING NAME OF DEFENDANT ([redacted]) ET#1601140200-14
TAN 207 PONTIAC GRAND PIRIX MI/AXM385 2G2WP552271108698 [redacted] ET#1601140200-

NetRMS_MICR rtf v2f

Printed For: _____

**EXHIBIT 2**

# DETROIT POLICE DEPARTMENT ARREST REPORT

DETROIT POLICE DEPARTMENT

Case No. 1601140200
Report No. 1601140200.1
Report Date: 1/14/2016

**2**

Page 2 of 2

## Offense Detail: 9953 - MISCELLANEOUS - GENERAL ASSISTANCE

| | | |
|---|---|---|
| Offense Description | 9953 - MISCELLANEOUS - GENERAL ASSISTANCE | |
| IBR Code | | Location: 20 - RESIDENCE/HOME |
| IBR Group | | Offense Completed?: YES |
| Crime Against | | Hate/Bias: 00 - NONE (NO BIAS) |
| Offense File Class | 99008 - MISCELLANEOUS - GENERAL NON-CRIMINAL | Domestic Violence: NO |
| PACC | | |
| Local Code | | |

No. Prem. Entered
Entry Method
Type Security
Tools Used

Using
Criminal Activity
Weapons

## Arrestee A1: SMITH, NIKITA TRIANA

| | | | | | |
|---|---|---|---|---|---|
| Arrestee Number | A1 | DOB | | Place of Birth | |
| Name | SMITH, NIKITA TRIANA | Age | 38 | SSN | |
| AKA | | Sex | F - FEMALE | DLN | |
| Alert(s) | | Race | B - BLACK | DLN State | |
| | | Ethnicity | U - UNKNOWN | DLN Country | |
| Address | | Ht. | 5' 3" | Occupation/Grade | |
| CSZ | | Wt. | 135 | Employer/School | |
| | | Eye Color | | Employer Address | |
| Home Phone | | Hair Color | | Employer CSZ | |
| Work Phone | | Hair Style | | Res. County | |
| Email Address | | Hair Length | | Res. Country | |
| | | Facial Hair | | Resident Status | R - RESIDENT OF THE COMMUNITY, CITY, OR TOWN WHERE THE OFFENSE OCCURRED |
| | | Complexion | | | |
| | | Build | | | |
| | | Teeth | | | |

Scars/Marks/Tattoos
Modus Operandi
Other MO
Attire
Habitual Offender Status

| | | | | | |
|---|---|---|---|---|---|
| Arrest No. | 300373 | Arrested For | 9953 - MISCELLANEOUS - GENERAL ASSISTANCE | | |
| Arrest Type | T - TAKEN INTO CUSTODY | Count | | | |
| Force Level | 01 - LEVEL 1 | Fingerprints | | Arrested On | 1/14/2016 1:05:00 PM |
| FBI No. | | Photos | | Arrest Location | |
| State No. | | Miranda Read | | Booked On | |
| Armed With | 01 - UNARMED | Miranda Waived | | Booked Location | |
| Multi. Clearance | N - NOT APPLICABLE | Number of Warrants | | Released Location | |
| Multi. Clearance Offense | | | | Released On | |
| Prev. Suspect No | | | | Released By | |
| Notified | | Juvenile Disposition | | Release Reason | |
| | | Adult Present | | Held For | |

Arrest Notes

letRMS_MICR rtf v2f

**Exhibit 2**

STATE OF MICHIGAN                Page 1 of 2                SEARCH WARRANT
COUNTY OF WAYNE
TO THE SHERIFF OR ANY PEACE OFFICER OF SAID COUNTY: P.O. ▓▓▓▓

Affiant, having subscribed and sworn to an Affidavit for Search Warrant, and I having under oath examined affiant, I am satisfied that probable cause exists:

**THEREFORE IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I COMMAND THAT YOU SEARCH THE FOLLOWING DESCRIBED PLACE:** The entire premises and curtilage of 1 house south of 18496 Sussex located on the east side of the street, described as a 1 1/2 story brown brick single family dwelling, with a black security grate located between Margareta and Pickford. This dwelling is located in the City of Detroit, the County of Wayne and the State of Michigan.

Also to be searched is the seller B/M: 5'8-5'10 25-30 yoa: 190-210 pounds, dark complexion with short hair.
Note: Sellers often change; a different seller might be present during the time of execution.

And to seize, tabulate and make return, according to the law the following property, or items: All controlled substances, all monies, safe deposit box keys, all vehicles used to store or transport illegal narcotics, all electronic pagers/beepers, communication equipment and all numbers stored/received therein, all assets and property related to narcotic trafficking, computers, computer equipment, books and records used in connection with illegal narcotics trafficking, all equipment and supplies used in the manufacture, delivery, sale or use of controlled substances, all firearms, video/surveillance equipment used to protect the trade and in connection with the above described activities; all items which prove ownership, occupancy, possession or control of the premises.

**THE FOLLOWING FACTS ARE SWORN TO BY AFFIANT IN SUPPORT OF THE ISSUANCE OF THIS WARRANT.** The Affiant is a sworn member of the Detroit Police Major Violators Unit and is working a controlled substance investigation relative to the above described location. The affiant has been working in this capacity for approx. 6 years.

Subscribed and sworn before me and issued under my hand this 12th day of January 2016.

1-12-16 8:50am
via Phone

_____ AFFIANT

Michael Sulwey-pf 73459
**Assistant prosecuting Attorney**
**Wayne County Prosecutors Office**

_____
JUDGE/MAGISTRATE 3rd Circuit/36th
District Court, Wayne County Wayne

16 000082

Exhibit 2

STATE OF MICHIGAN
COUNTY WAYNE    SS

page 2 of 2    10░░6082    AFFIDAVIT

The Affiant P.O. ▓▓▓▓ is a sworn member of the Detroit Police Department, currently assigned to the Major Violators Unit working in conjunction with a credible and reliable SOI #3003 regarding the sale of illegal narcotics from the above described location. Information from SOI #3003 has led to the seizure of narcotics, narcotics proceeds, narcotics paraphernalia and firearms SOI#3003 has been used by the crew members of the Detroit Police Narcotics Division on at least 15 occasions, which resulted in at least 25 arrests for Violation of Controlled Substance Act and other related offenses. Affiant finds the S.O.I. to be credible and reliable.

On ▓▓▓▓, Affiant met with SOI#3003 to formulate a plan to attempt to make a controlled purchase of Narcotics from the target location. The SOI was searched for money and drugs with none being found and issued a sum of U. S. currency with which to attempt to make the purchase. Affiant observed the SOI go directly to the target location, stay a short time, and then return directly to affiant. The SOI then turned over a quantity of suspected Marijuana, which the SOI indicated was purchased from the above –described seller. The SOI was again searched for money and drugs with none being found.

Affiant conveyed the suspected Marijuana to the Narcotic Section where a preliminary test proved positive for the presence of Marijuana. Affiant then sealed the Marijuana into LSF#N02452511.

Drug traffickers commonly maintain address books and /or telephone numbers in books, papers, or electronic devices that reflect the identity, addresses, pager number(s), email address, telephone numbers, or other identifying information for their criminal associates in the drug trafficking organization, even if said items are in code.

That drug traffickers take or cause to be taken photographs and/or videos of themselves, their associates, their drug proceeds or assets derived from the sale of controlled substances. That these traffickers usually maintain these photographs and or videos in their possession.

Affiant has observed this type activity on numerous prior occasions in the course of prior investigations. Executing search warrants based on similar activity in past investigations has led to the seizure of narcotics, firearms, currency and other indicia of narcotics trafficking from locations where the activity was seen. Wherefore, Affiant's experience combined with observations of the above-described activity gives Affiant probable cause to believe that the above-listed items will be found at the location and seeks to remove same.

The affiant has participated in over 100 narcotic raids, in the overwhelming majority of these raids illegal firearms were found, used to protect the seller's while conducting illegal narcotic sales and Affiant seeks to remove these weapons.

Wherefore, Affiant has probable cause to believe that the listed seller and items will be found at, 1 house south of 18496 Sussex located on the east side of the street Affiant seeks to remove the same.

Subscribed and sworn before me and issued under my hand this 12th day of January, 2016

1-12-16  8:50 AM
Via Phone

_____
AFFIANT

Michael Schwey  IA73459
Assistant prosecuting Attorney
Wayne County Prosecutors Office

_____
JUDGE/MAGISTRATE  3rd Circuit/36th
District Court, Wayne County Wayne

Exhibit 2

STATE OF MICHIGAN
COUNTY OF WAYNE    SS

I hereby certify and return that by virtue of the within Search Warrant to me directed, I have established for the goods and chattels therein named at the place therein described.

(Strike 1 or 2 whichever is inapplicable)

(1) and that I have such goods and chattels before the court described as follows:

- Marijuana
- Scale
- Sandwich bags
- Letters
- 2007 Ton Grand Prix pl# AXM385

(2) and that I have been unable to find such goods and chattels.

Date: 1-14-14    Time: 2:00PM    Sgt.
Location: 18408 Sussex    Principle Police

EXHIBIT 2

# detroit police
# REQUEST FOR LABORATORY SERVICE
## CONTROLLED SUBSTANCES ONLY

**DATE:** 1-14-16    23a157

**REQUESTED BY:** Sgt. [redacted]   **BADGE:** [redacted]   **COMMAND/ORIGINATING AGENCY:** MVV

**INCIDENT NUMBER:** 1601140 260

**LOCK SEAL FOLDER NUMBER:** N02456(1)(1)(1)

**COMPLAINANT:** Sgt. [redacted]

**COMMAND/COURT FILE NUMBER:** 16-00104

**DEFENDANT:** Nikita Smith

**CRIME:**

**CRIME LOCATION:** 16488 Sussex

**EVIDENCE TAG NUMBER:** 1601140   **ARTICLE SUBMITTED:** (1) z/l sub cont. (1) k/w marijuana, (1) z cont. marijuana & loose   **WORK REQUESTED:** DRUG ANALYSIS

**EVIDENCE TAG NUMBER:**   **ARTICLE SUBMITTED:** marijuana   **WORK REQUESTED:** DRUG ANALYSIS

**TO CRIME LABORATORY SECTION BY:**   **COMMAND:**   **RECEIVED AT LAB BY:**

**CRIME LAB CHEMIST/TECHNICIAN OR EVIDENCE TECHNICIAN:**   **BADGE:**   **LAB NUMBER:**   **DATE:**   **TIME:**

## PRELIMINARY ANALYSIS

| EVIDENCE TAG: | HEROIN | COCAINE | MARIJUANA (circled) | PILLS |
|---|---|---|---|---|
| APPROXIMATE WEIGHT OF EVIDENCE: GRAMS 8.2 | MECKE-MARQUIS SPOT TEST — POSITIVE FOR HEROIN ☐ — INCONCLUSIVE ☐ — EXTRACTION: POSITIVE FOR HEROIN ☐ — INCONCLUSIVE ☐ | TRAVNIKOFF FIELD TEST: POSITIVE FOR COCAINE ☐ — INCONCLUSIVE ☐ | MODIFIED DUQUENOIS TEST: POSITIVE FOR MARIJUANA ☐ — INCONCLUSIVE ☐ | IS THE SUBSTANCE CONTROLLED? YES ☐ NO ☐ TYPE OF SUBSTANCE LISTED IN P.D.R.: |
| EVIDENCE TAG: | HEROIN | COCAINE | MARIJUANA | Methylenedioxymethamphetamine (MDMA) ECSTASY |
| APPROXIMATE WEIGHT OF EVIDENCE: GRAMS | MECKE-MARQUIS SPOT TEST — POSITIVE FOR HEROIN ☐ — INCONCLUSIVE ☐ — EXTRACTION: POSITIVE FOR HEROIN ☐ — INCONCLUSIVE ☐ | TRAVNIKOFF FIELD TEST: POSITIVE FOR COCAINE ☐ — INCONCLUSIVE ☐ | MODIFIED DUQUENOIS TEST: POSITIVE FOR MARIJUANA ☐ — INCONCLUSIVE ☐ | MECKE-MARQUIS SPOT TEST — POSITIVE FOR MDMA ☐ — INCONCLUSIVE ☐ # _____ PILLS |

**EVIDENCE RECEIVED/PRELIMINARY ANALYSIS BY:**
**RANK** PO   **NAME** [redacted]   **BADGE** [redacted]   FURLOUGH   **DATE** 1-14-14   **TIME** 5:00 PM

SECTION 5 OF PUBLIC ACT 35 OF 1994 (FORENSIC LABORATORY FUNDING ACT) STATES:
(1) THE INVESTIGATING OFFICER OF EACH CRIMINAL CASE BEING ADJUSTED SHALL ADVISE THE PROSECUTING ATTORNEY IF A FORENSIC LABORATORY HAS CONDUCTED A FORENSIC TEST IN THE CASE.
(2) THE PROSECUTING ATTORNEY SHALL EXAMINE THE CASE AND NOTIFY THE COURT THAT A FORENSIC LABORATORY HAS CONDUCTED A FORENSIC TEST IN THE INVESTIGATION OF THE CASE BEFORE THE COURT.

THIS DOCUMENT SERVES AS NOTIFICATION THAT THE DETROIT POLICE DEPARTMENT CRIME LABORATORY SECTION HAS BEEN REQUESTED TO CONDUCT A FORENSIC TEST IN THE MATTER DESCRIBED ABOVE.

OPO 320A

DISTRIBUTION: EXHIBIT F2a
Lock Seal Envelope

# detroit police
# REQUEST FOR LABORATORY SERVICE
## CONTROLLED SUBSTANCES ONLY

| Field | Value |
|---|---|
| DATE: | 1-14-16 |
| REQUESTED BY: | Sgt [redacted] |
| BADGE: | 234/305 |
| COMMAND/ORIGINATING AGENCY: | MVU |
| INCIDENT NUMBER: | 1601140200 |
| LOCK SEAL FOLDER NUMBER: | N0245 8/311 |
| COMPLAINANT: | [redacted] |
| COMMAND/COURT FILE NUMBER: | 16-00164 |
| DEFENDANT: | Nikita Smith |
| CRIME: | |
| CRIME LOCATION: | 18400 Sussex |

| EVIDENCE TAG NUMBER | ARTICLE SUBMITTED | WORK REQUESTED |
|---|---|---|
| 1601140 | (5) lotto folds marijuana (3) knotted sub's | DRUG ANALYSIS |
| | marijuana | DRUG ANALYSIS |

TO CRIME LABORATORY SECTION BY: COMMAND: RECEIVED AT LAB BY:

CRIME LAB CHEMIST/TECHNICIAN OR EVIDENCE TECHNICIAN: BADGE: LAB NUMBER: DATE: TIME:

## PRELIMINARY ANALYSIS

| EVIDENCE TAG | HEROIN | COCAINE | MARIJUANA (circled) | PILLS |
|---|---|---|---|---|
| APPROXIMATE WEIGHT OF EVIDENCE: 17.6 GRAMS | MECKE-MARQUIS SPOT TEST: POSITIVE FOR HEROIN ☐ INCONCLUSIVE ☐ EXTRACTION: POSITIVE FOR HEROIN ☐ INCONCLUSIVE ☐ | TRAVNIKOFF FIELD TEST: POSITIVE FOR COCAINE ☐ INCONCLUSIVE ☐ | MODIFIED DUQUENOIS TEST: POSITIVE FOR MARIJUANA ☐ INCONCLUSIVE ☐ | IS THE SUBSTANCE CONTROLLED? YES ☐ NO ☐ TYPE OF SUBSTANCE LISTED IN POR: |

| EVIDENCE TAG | HEROIN | COCAINE | MARIJUANA | Methylenedioxymetha Mphetamine (MDMA) ECSTASY |
|---|---|---|---|---|
| APPROXIMATE WEIGHT OF EVIDENCE: GRAMS | MECKE-MARQUIS SPOT TEST: POSITIVE FOR HEROIN ☐ INCONCLUSIVE ☐ EXTRACTION: POSITIVE FOR HEROIN ☐ INCONCLUSIVE ☐ | TRAVNIKOFF FIELD TEST: POSITIVE FOR COCAINE ☐ INCONCLUSIVE ☐ | MODIFIED DUQUENOIS TEST: POSITIVE FOR MARIJUANA ☐ INCONCLUSIVE ☐ | MECKE-MARQUIS SPOT TEST: POSITIVE FOR MDMA ☐ INCONCLUSIVE ☐ # _____ PILLS |

EVIDENCE RECEIVED/PRELIMINARY ANALYSIS BY:
RANK: P.O.   NAME: [redacted]   BADGE: [redacted]   FURLOUGH   DATE: 1-14-16   TIME: 5:00 pm

SECTION 5 OF PUBLIC ACT 35 OF 1994 (FORENSIC LABORATORY FUNDING ACT) STATES:
(1) THE INVESTIGATING OFFICER OF EACH CRIMINAL CASE BEING ADJUSTED SHALL ADVISE THE PROSECUTING ATTORNEY IF A FORENSIC LABORATORY HAS CONDUCTED A FORENSIC TEST IN THE CASE.
(2) THE PROSECUTING ATTORNEY SHALL EXAMINE THE CASE AND NOTIFY THE COURT THAT A FORENSIC LABORATORY HAS CONDUCTED A FORENSIC TEST IN THE INVESTIGATION OF THE CASE BEFORE THE COURT.

THIS DOCUMENT SERVES AS NOTIFICATION THAT THE DETROIT POLICE DEPARTMENT CRIME LABORATORY SECTION HAS BEEN REQUESTED TO CONDUCT A FORENSIC TEST IN THE MATTER DESCRIBED ABOVE.

DPD 320A

DISTRIBUTION: [illegible] EXHIBIT 2(a) Lock Seal Envelope

# Detroit Police Department Activity Log

| Date | Platoon/Group | Command / District / Car | Special Event / Detail Name | Log (s) |
|---|---|---|---|---|
| 1/14/2016 | 4 | MAJOR VIOLATORS CREW 2979 | - | 1 OF 2 |

| Vehicle Code | Mileage On Duty | Fuel Level On Duty | In-car Video Operational | Mic #1 Synced | Mic #2 Synched | Mic #1 Video Intro By: | Mic #2 Video Intro By: | Supervisor Inspecting In-car Video System: | Hand Spotlight? | Fire Extinguisher |
|---|---|---|---|---|---|---|---|---|---|---|
| 059843 | - | - | Yes No | Yes No | Yes No | Time: NA | NA Time: | NA | N/A- | N/A- |

| Oil Change Due (Mileage) | Rifle/Shotgun Serial Number | Mileage at fill up | Gal of Gas | Total Miles Driven | Mileage Off Duty | List Repairs Needed/ Damage Noted | Car Clean? | Spare Inflated? |
|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | OLD | | YES |

| PRINT MEMBER (S) RANK & NAME AND AFFIX SIGNATURE | BADGE | ON DUTY | OFF DUTY | # O.T. HOURS | MOV | PARK | PED | MISC/ENV |
|---|---|---|---|---|---|---|---|---|
| 1. SGT. [redacted] | [redacted] | 1200 | 2000 | 8 | | | | |
| 2. P.O. [redacted] | [redacted] | 1200 | 2000 | 8 | | | | |
| 3. P.O. [redacted] | [redacted] | 1200 | 2000 | 8 | | | | |
| 4. P.O. [redacted] | [redacted] | 1200 | 2000 | 8 | | | | |
| 5. P.O. [redacted] | [redacted] | 1200 | 2000 | 8 | | | | |
| 6. P.O. [redacted] | [redacted] | 1200 | 2000 | 8 | | | | |
| 7. P.O. | | | | | | | | |
| 8. P.O. | | | | | | | | |
| 9. P.O. | | | | | | | | |
| 10. P.O. | | | | | | | | |
| 11. P.O. | | | | | | | | |

## RECAP OF ACTIVITY

| Member #1 Weapon Ammo Magazine 1 / Magazine 2 | 15 / 15 |
| Member #2 Weapon Ammo Magazine 1 / Magazine 2 | 15 / 15 |
| Member #3 Weapon Ammo Magazine 1 / Magazine 2 | 15 / 15 |
| Member #4 Weapon Ammo Magazine 1 / Magazine 2 | 15 / 15 |
| Member #5 Weapon Ammo Magazine 1 / Magazine 2 | 15 / 15 |
| Member #6 Weapon Ammo Magazine 1 / Magazine 2 | 15 / 15 |
| Member #7 Weapon Ammo Magazine 1 / Magazine 2 | 15 / 15 |
| Member #8, 9, 10 and 11 Weapon Ammo Magazine 1 / Magazine 2 | 15 / 15 |

| Police Runs | 0 | Missing Reports Taken | 0 | UF-001 | 0 | JC-02 | 0 |
|---|---|---|---|---|---|---|---|
| Felony Arrests | 2 | Missing Persons Recovered | 0 | UF-002 | 0 | Drops Submitted for Approval | 0 |
| Misdemeanor Arrests | 0 | Detainees Transferred | 0 | UF-003 | 0 | Persons Interviewed | 0 |
| Juveniles Detained | 0 | Witnesses Conveyed | 0 | UF-004 | 0 | Detainees Assigned | 0 |
| Ordinance Complaints | 0 | Other Conveyances | 0 | UF-005 | 0 | Detainees Interrogated | 0 |
| Traffic Stops | 0 | Traffic Crash Reports | 0 | UF-006 | 0 | Warrants Submitted | 0 |
| Total Males Investigated | 0 | Guns Confiscated | 0 | UF-007 | 0 | Supervisor Runs | 0 |
| Total Females Investigated | | Confiscated Vehicle (s) | 0 | UF-008 | 0 | Supervisor (SSC) Runs Responded to | 0 |
| Other Citizen Contacts | 0 | Weight of Narcotic Seizures | | DPD-665 | 0 | Time Spent Desk/Cell Block Duty | 0 |
| Number of Frisks | 0 | Confiscated Currency | | DPD-666 | 0 | MLCC Inspections | 0 |
| Autos Investigated | 0 | Time Spent on Surveillance | | DPD-667 | 0 | MLCC Write-ups | 0 |
| Autos Recovered | 0 | Canine Deployment | | DPD-668 | 0 | Hours on Vice Enforcement | 0 |
| Autos Impounded | 0 | Canine Apprehension | | DPD-669 | 0 | Entries Entered into MAS | 0 |
| All Recovered Property Value | | Contact Brochures Distributed | 0 | DPD-670 | 0 | Investigations Submitted | 0 |
| Case Reports (CRISNET) | 25 | Hours Spent in Training | 0 | JC-01 | 0 | Other Forms or Reports | 45 |

Sgt. [redacted]
SUPERVISOR CHECKING THE LOG IN (PRINT RANK/NAME)    SIGNATURE [redacted]    1-14-16    20:00 TIME CHECKED IN

SUPERVISOR REVIEWING THE LOG (PRINT RANK/NAME)    SIGNATURE [redacted]    1/15/16 DATE REVIEWED    11:00 TIME REVIEWED

LUNCH LOCATION:    TIME LUNCH TAKEN:    NAME OF MEMBER THAT VEHICLE KEYS WERE TURNED OVER TO

TIME ON M.A.    TIME ON T.S.

EXHIBIT 2

# Detroit Police Department Activity Log

| TIME ON PATROL | TIME ON P.R | | | TIME ON I.F. | TIME ON S.D. | TIME ON S.R. | TIME ON S.S.C. | TIME ON S.J.P. |
|---|---|---|---|---|---|---|---|---|

| FROM | ARRIVED | TO | TOTAL | TYPE ACTIVITY | Acquire Target (Y/N) | STOP | FRISK | DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 1200 | | | | MA | Y☐ N☒ | | | Sgt. ▓▓ & crew on duty |
| 1220 | | | | MA | Y☐ N☒ | | | Sgt. ▓▓ at the base updating the Daily Detail in MAS |
| 1240 | | | | MA | | | | Sgt. ▓▓ & crew at the base briefing on executing a search warrant |
| 1305 | | | | SW | Y☐ N☒ | | | 18488 Sussex, Sgt. ▓▓ & crew executed a search warrant at this location resulting in the following confiscations: 1- zip lock sandwich bag of marijuana, 1- zip lock of marijuana, lsf# N024581111, 5- lotto packs of marijuana & 3- knotted sandwich bags of marijuana, lsf# N02458211, 1- blk digital scale, ET# 1601140.1, 1- spent 12ga shell casing, 1601140.2, 1- spent 12 ga shell casing, ET#1601140.3, 1- spent 12ga shell casing1601140.4, 1- spent 12ga shell casing, ET# 1601140.5, 1- spent 12ga shell casing, ET# 1601140.6, 1- spent .40 cal shell casing, ET# 1601140.7, 1- spent .40 cal shell casing, ET# 1601140.8, 1- spent .40cal shell casing, ET# 1601140.9, 1- spent .40cal shell casing, ET# 1601140.10, 1- spent .40cal shell casing, ET# 1601140.11, 2- MI State Disbursement Letters with the name of Nikita Smith, ET# 1601140.12 & 1- 2007 Pont tan plt# HXM-385, ET# 1601140.13. The following arrest was made for VCCSC: Nikita Smith B/F/38 DOB ▓▓ of ▓▓. While executing a search warrant at this location, Officer ▓▓ encountered a large Pit Bull (Dog number 1) at the front door that charged towards him at which time he fired 1- shot from his DPD issued 12ga Benelli shot gun striking the dog in chest area, the same dog then charged at P.O. ▓▓ at which time he fired 7- shots from his S&W .40cal striking dog (1) in the chest & side area fatally wounding dog # 1. P.O. ▓▓ then encountered dog # 2, and fired 3- shots from his DPD issued S&W .40 cal. P.Os. ▓▓ also fired 1- shot from his S&W .40 cal at dog (# 2), & P.O. ▓▓ fired 1- shot from his DPD S&W .40 cal. Fatally wounding dog# 2. P.O. ▓▓ then encountered dog# 3, in the basement at which time he fired 5- shots from his DPD approved 12ga shot gun fatally wounding dog # 3. All shots took effect on all three dogs. Several of the spent shell casings were not located due to the debris in this location. The following notifications were made: Sgt. ▓▓ bd# ▓▓, assigned to Control Center, Investigator ▓▓ bd# ▓▓ assigned Homicide Control Desk, Sgt. ▓▓ bd# S-▓▓ assigned to the 12TH PCT & Sgt. ▓▓ bd# S-▓▓ assigned to Major Violators Unit, Animal Control code 13, removed the dogs from the scene. |
| 1505 | | | | MA | Y☐ N☒ | | | Sgt. ▓▓ & P.O. ▓▓ transported Ms. Smith to the DDC for processing |
| 1515 | | | | MA | Y☐ N☒ | | | Crew members went to the DDC to process paper |
| 1545 | | | | MA | Y☐ N☒ | | | Sgt. Harris & crew at the DDC briefing on executing a search warrant |

Exhibit 2

# Detroit Police Department Activity Log

| Time | | | | | Type | Y/N | | Notes |
|---|---|---|---|---|---|---|---|---|
| 1605 | | | | | SW | Y☐ N☒ | | Sgt. ▓▓ & crew executed a search warrant at this location resulting in the following confiscations: numerous empty sandwich bags, ET# 1600140207.1 & $70.00, ET# 1601140207.2. Mr. Anthony was issued ORD# U315-193-16 for EWOP & released at the scene |
| 1730 | | | | | MA | Y☐ N☒ | | Sgt. ▓▓ & crew on a code 9330 |
| 1800 | | | | | MA | Y☐ N☒ | | Sgt. ▓▓ & crew ended code 9330 |
| 1830 | | | | | MA | Y☐ N☒ | | Sgt. ▓▓ returned to the base |
| 1835 | | | | | MA | Y☐ N☒ | | Crew members went to PPU to process evidence & paper |
| 1945 | | | | | MA | Y☐ N☒ | | Crew returned to the base |
| 2000 | | | | | MA | Y☐ N☒ | | Sgt. ▓▓ & crew off dty |
| | | | | | MA | Y☐ N☒ | | |
| | | | | | MA | Y☐ N☒ | | |
| | | | | | MA | Y☐ N☒ | | |
| | | | | | MA | Y☐ N☒ | | |
| | | | | | | Y☐ N☒ | | |

Exhibit 2

# DETROIT POLICE DEPARTMENT
## DESTRUCTION OF ANIMAL AND ITS ATTEMPT (DOA) REPORT
(To be completed by a non-involved Supervisor)

Page 1 of 2

**Date of Occurrence:** 01/14/16
**Time of Occurrence:** 1:05 PM
**Location of Incident:** 18488 Sussex
**District:** Eastern

### OFFICER #1
- 1-Involved member (Rank/Last/First): [redacted]
- Badge: [redacted]
- Orgn/Crime Command: [redacted]
- Major Violators Assignment
- # of rounds fired? 4
- # of rounds striking target: 4
- # of live rounds in primary magazine? 15
- # of live rounds in secondary magazines? 30
- How many prior DOA for this member? 39
- Last Weapon Inspection: 11/10/15
- Last Qualification Date? 08/20/15

### OFFICER #2
- 1-Involved member (Rank/Last/First): [redacted]
- Badge: [redacted]
- Orgn/Crime Command: [redacted]
- Major Violators Assignment
- # of rounds fired? 8
- # of rounds striking target: 8
- # of live rounds in primary magazine? 8
- # of live rounds in secondary magazines? 30
- How many prior DOA for this member? 2
- Last Weapon Inspection: 11/15/15
- Last Qualification Date? 10/14/15

| Field | Answer |
|---|---|
| Did you canvass the scene? | No |
| Any Property damage? | No |
| Any injuries to citizens? | No |
| Any witnesses? (List all in circumstances) | Yes |
| Notifications made? (List all in circumstances) | Yes |
| Animal Control Notified? | Yes |
| Michigan Humane Society Notified? | No |
| Type of Animal destroyed? | Pit bull |
| Where was animal disposed of? (Facility) | Animal Control removed the dogs |

- Owner notified? Yes
- Owner's Name (If known): Nikita Smith
- Home Address: 18488 Sussex
- Phone Number: ( )

### Details/Circumstances/Recommendations

On January 14, 2016, at approximately 13:05 hours, I, Sergeant [redacted], badge [redacted], assigned to Major Violators Section, was the officer in charge of executing a search warrant at 18488 Sussex. Upon arrival to this location, crew members announced presence and purpose without a response at which time forced entry was made through the front door at which time Officer [redacted] encountered a large Pit Bull Dog that charged towards him in an attempt to attack. Officer [redacted] then fired one shot from his department issued Benelli 12 gauge shot gun serial number M459008, striking the dog in the chest area. Officer [redacted] proceeded to clear the premises when the same dog charged at Officer [redacted] who fired 7- shots from his DPD S& .40 cal serial number HTU4687 fatally wounding the dog. Officer [redacted] then encountered a second dog in the bathroom that charged towards him at which point Officer [redacted] fired 3- shots from his DPD issued S&W .40 cal serial number DSV8878, Officer [redacted] then fired 1- shot from is DPD issued S&W .40 cal & Officer [redacted] fired 1- shot from his DPD issued S&W .40cal serial number DTV5131 fatally wounding the second dog. Officer [redacted] later encountered a third dog in the basement that charged towards him at which point he fired 5- shots from his DPD approved 12 Gauge shot gun serial number RS34852D fatally wounding the third dog. Sergeant [redacted] notified Animal Control at which point they responded to the scene and removed all three dogs from the premises. A canvass was not conducted because this incident occurred inside of the house. This incident was not captured on video because the Raid Van is not equipped with a camera and the Scout car has a non functioning camera. The following officers were present at the scene: [redacted] badge [redacted], [redacted] badge [redacted], [redacted] badge [redacted], all assigned to Major Violators Section. Sergeant [redacted] made the following notifications:

- Sergeant [redacted] badge [redacted], assigned to Communications
- Sergeant [redacted] badge [redacted] assigned to the Twelth Precinct
- Officer [redacted], badge [redacted] assigned to Major Violators Section

**Evaluation of Force Used:** I find that the involved Officers were in compliance with the Detroit Police Manual, Series 300 Support Services, Chapter 304, Training Directive 304.2-4.7 Dangerous Animals, an officer may shoot a dangerous and/or rabid animal that is posing an imminent threat of danger to the officer or others and only when bystanders are not in jeopardy. I believe that this matter should be considered closed.

| Role | Assignment | Date |
|---|---|---|
| Sergeant / UNIT-Supervisor | Major Violators | 1-25-16 |
| Lieutenant / UNIT-Shift Supervisor | Major Violators | 1/26/16 |
| Commander / UNIT-Commander | | 2/10/16 |
| Deputy Chief / UNIT-Deputy Chief | | 2/16/16 |

Exhibit 2

# DETROIT POLICE DEPARTMENT
## DESTRUCTION OF ANIMAL AND ITS ATTEMPT (DOA) REPORT
(To be completed by a non-involved Supervisor)

Page 2 of 2

**Date of Occurrence:** 01/14/16
**Time of Occurrence:** 1:05 PM
**Location of Incident:** 18488 Sussex
**District:** Eastern

### OFFICER #1
- 1-Involved member (Rank/Last/First): P.O. [redacted]
- Badge: [redacted]
- Orgn/Crime Command: [redacted]
- Assignment: Major Violators
- # of rounds fired: 5
- # of rounds striking target: 5
- # of live rounds in primary magazine: 14
- # of live rounds in secondary magazines: 30
- How many prior DOA for this member: 4
- Last Weapon Inspection: 12/07/15
- Last Qualification Date: 10/19/15

### OFFICER #2
(blank)

| Field | Value |
|---|---|
| Did you canvass scene? | es (Yes) |
| Any Property damage? | No |
| Any injuries to citizens? | No |
| Any witnesses? (List all in circumstances) | Yes |
| Notifications made? (List all in circumstances) | Yes |
| Animal Control Notified? | Yes |
| Michigan Humane Society Notified? | No |
| Type of Animal destroyed? | Pit bull |
| Where was animal disposed of? (Facility) | Animal Control removed the dogs |

**Owner's Name (If known):** Nikita Smith
**Home Address:** 18488 Sussex
**Phone Number:** ( ) -

### Details/Circumstances/Recommendations

On January 14, 2016, at approximately 13:05 hours, I, Sergeant [redacted], badge [redacted], assigned to Major Violators Section, was the officer in charge of executing a search warrant at 18488 Sussex. Upon arrival to this location, crew members announced presence and purpose without a response at which time forced entry was made through the front door at which time Officer [redacted] encountered a large Pit Bull Dog that charged towards him in an attempt to attack. Officer [redacted] then fired one shot from his department issued Benelli 12 gauge shot gun serial number M459008, striking the dog in the chest area. Officer [redacted] proceeded to clear the premises when the same dog charged at Officer [redacted] who fired 7- shots from his DPD S& .40 cal serial number HTU4687 fatally wounding the dog. Officer [redacted] then encountered a second dog in the bathroom that charged towards him at which point Officer [redacted] fired 3- shots from his DPD issued S&W .40 cal serial number DSV8878, Officer [redacted] then fired 1- shot from is DPD issued S&W .40 cal & Officer [redacted] fired 1- shot from his DPD issued S&W .40cal serial number DTV5131 fatally wounding the second dog. Officer [redacted] later encountered a third dog in the basement that charged towards him at which point he fired 5- shots from his DPD approved 12 Gauge shot gun serial number RS34852D fatally wounding the third dog. Sergeant [redacted] notified Animal Control at which point they responded to the scene and removed all three dogs from the premises. A canvass was not conducted because this incident occurred inside of the house. This incident was not captured on video because the Raid Van is not equipped with a camera and the Scout car has a non functioning camera. The following officers were present at the scene: [redacted], badge [redacted], [redacted], badge [redacted], [redacted], badge [redacted], all assigned to Major Violators Section.

Sergeant [redacted] made the following notifications:

Sergeant [redacted], badge [redacted], assigned to Communications
Sergeant [redacted], badge [redacted], assigned to the Twelth Precinct
Officer [redacted], badge [redacted], assigned to Major Violators Section

**Evaluation of Force Used:** I find that the involved Officers were in compliance with the Detroit Police Manual, Series 300 Support Services, Chapter 304, Training Directive 304.2-4.7 Dangerous Animals, an officer may shoot a dangerous and/or rabid animal that is posing an imminent threat of danger to the officer or others and only when bystanders are not in jeopardy. I believe that this matter should be considered closed.

| Role | Name | Badge | Assignment | Signature | Date |
|---|---|---|---|---|---|
| PRINT-Supervisor (Rank/Last/First) | Sergeant [redacted] | S-216 | Major Violators | [signed] | 2-10-16 |
| PRINT-Shift Supervisor (Rank/Last/First) | Lieutenant [redacted] | L-88 | Major Violators | [signed] | 2/11/16 |
| PRINT-Commander (Last/First) | Commander [redacted] | | | [signed] | 2/12/16 |
| PRINT-Deputy Chief (Last/First) | Deputy Chief [redacted] | | | | |

EXHIBIT 2