# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 14, 2019

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re: Case No. 17-1907, *Nikita Smith, et al v. City of Detroit, MI, et al*
         Originating Case No. : 2:16-cv-11882

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Jennifer Earl
                Case Manager
                Direct Dial No. 513-564-7066

cc: Ms. Mary Chartier-Mittendorf
   Mr. David Strange Favre
   Mr. Daniel S. Korobkin
   Mr. Christopher Steven Olson
   Ms. Sheri L. Whyte

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 17-1907

_____

Filed: January 14, 2019

NIKITA T. SMITH; KEVIN D. THOMAS

    Plaintiffs - Appellants

v.

CITY OF DETROIT, MI; BASHAWN GAINES, Police Officer; WILLIAM MORRISON, Police Officer; RYAN PAUL, Police Officer; JEFFERY WAWRYZNIAK, Police Officer; SADIE HOWELL, Police Officer; ROY HARRIS, Sergeant

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 10/15/2018 the mandate for this case hereby issues today.

COSTS: None