UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nikita T Smith, et al.,

                      Plaintiff(s),

v.                                               Case No. 2:16–cv–11882–GCS–EAS
                                                   Hon. George Caram Steeh

Detroit, City of, et al.,

                      Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge R. Steven Whalen pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                     s/George Caram Steeh
                                                     George Caram Steeh
                                                     United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                     s/M. Beauchemin
                                                     Case Manager

Dated:   March 20, 2019